1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  DAVID W. MANSKER,              )   Case No. 2:11-mc-00350-UA-JC
                                   )
12              Petitioner,        )   (PROPOSED)
                                   )
13         v.                      )   JUDGMENT
                                   )
14  BANK OF AMERICA                )
    CORPORATION, LLC, et al.,      )
15                                 )
                                   )
16              Respondents.       )
   _____
17

18       In accordance with the concurrently filed Order Denying Petition for
19  Depositions to Perpetuate Testimony and Dismissing Action without Prejudice, IT
20  IS ADJUDGED that this action is dismissed without prejudice.
21
22  DATED: September 8, 2011
23
                                        *Audrey B. Collins* (signature)
24
25                                      _____
                                        HONORABLE AUDREY B. COLLINS
26                                      CHIEF UNITED STATES DISTRICT JUDGE
27
28