UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID W. MANSKER, | ) | Case No. 2:11-mc-00350-UA-JC |
| Petitioner, | ) | (~~PROPOSED~~) |
| v. | ) | JUDGMENT |
| BANK OF AMERICA CORPORATION, LLC, et al., | ) | |
| Respondents. | ) | |

In accordance with the concurrently filed Order Denying Petition for Depositions to Perpetuate Testimony and Dismissing Action without Prejudice, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 8, 2011

*Audrey B. Collins*

_____
HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE